

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2016

No. 04-16-00200-CV

V. Keith **DULLYE**, Managing Member of Maxon Enterprises, LLC,
Appellant

v.

**GUME TRANSPORT & STORAGE, INC.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-001744 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

V. Keith Dullye, Managing Member of Maxon Enterprises, LLC filed a notice stating his desire to appeal the trial court's judgment signed January 7, 2016. Dullye timely filed a motion for new trial, which was overruled by operation of law on March 22, 2016. *See* TEX. R. CIV. P. 329b(c). However, on April 12, 2016, the trial court signed a written order that granted a new trial on the issue of attorney's fees and vacated the attorney's fee award in the judgment. The April 12 order was signed while the trial court had plenary power to grant a new trial or to vacate, modify, correct, or reform the judgment. *See* TEX. R. CIV. P. 329b(e).

Because the trial court's January 7, 2016, judgment has been partially vacated and the issue of attorney's fees remains pending in the trial court, there is no longer a final appealable judgment. We therefore **order** Dullye to file a response by **May 31, 2016**, showing why this appeal should not be dismissed for want of jurisdiction. If Dullye fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c). If a supplemental clerk's record is required to show this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made.

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court